IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY CRUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1341-T |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

Plaintiff filed this action on December 27, 2004. Summonses were issued on that same date. However, the record does not reflect that any attempt has been made to serve Defendant with process.[1] Plaintiff is hereby ORDERED to provide to the court within twenty (20) days of the entry of this order an explanation as to why Defendant has not been served with process and to SHOW CAUSE why the action should not be dismissed.

---

[1] Plaintiff's motion to proceed *in forma pauperis* was granted on April 8, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  8/31/05

Failure to respond will result in the dismissal of the action. <u>See</u> Fed. R. Civ. P. 41 (b).

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 August 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:04-CV-01341 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Honorable James Todd
US DISTRICT COURT