UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY [signature] D.C.
05 DEC 27 PM 2:26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, JACKSON

KIMBERLY CRUSE,

Plaintiff,

v. Civil No. 04-1341

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file an answer by January 6, 2006.

James D. Todd
Judge, United States District Court

Date: 27 December 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/28/05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01341 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joe H. Byrd
BYRD & BYRD
P.O. Box 2764
Jackson, TN 38302--276

Honorable James Todd
US DISTRICT COURT